UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| BENJAMIN KYLE MILLER, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EZELL EXCAVATING INC., CHAMPAIGN ASPHALT COMPANY, LLC D/B/A ILLIANA CONSTRUCTION, OPEN ROAD PAVING COMPANY, LLC and JOHN DOE COMPANIES 1-10,<br><br>Defendants. | CIVIL ACTION NO.:<br>2:23-CV-02008-CSB-EIL |

## REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff being represented by Menken Simpson & Rozger and The Law Offices of David Lee; Defendant Ezell Excavating Inc. being represented by Erwin, Martinkus & Cold, Ltd.; and Defendants Champaign Asphalt Company, LLC d/b/a Illiana Construction and Open Road Paving Company, LLC being represented by Faegre Drinker Biddle & Reath LLP, counsel met on April 7, 2023, for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates upon which counsel have agreed.

1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by April 28, 2023.

2. The deadline for amendment of pleadings is August 31, 2023.

3. The deadline for joining additional parties is August 31, 2023.

4. Plaintiff shall disclose experts and provide expert reports by October 31, 2023. Plaintiff shall make any such experts available for deposition by November 30, 2023.

5.  Defendant shall disclose experts and provide expert reports by December 31, 2023. Defendant shall make any such experts available for deposition by January 31, 2024.

6.  Discovery shall be modified as follows:

> Not applicable.

7.  All discovery, including deposition of experts, is to be completed by February 29, 2024.

8.  The deadline for filing case dispositive motions shall be March 31, 2024.

9.  If applicable, insert here any provisions for disclosure or discovery or electronically stored information and/or any agreements the parties reach for asserting claims of privilege or of protection as trial preparation materials after production.

Dated: April 13, 2023

**Benjamin Kyle Miller, Plaintiff**

BY: */s/ Bruce Menken*
　David L. Lee
　Law Offices of David L. Lee
　53 W. Jackson Blvd., #801
　Chicago, IL 60604
　Phone: (312) 347-4400

　Bruce Menken
　Menken Simpson & Rozger LLP
　80 Pine Street, 33rd Floor
　New York, New York 10005
　Phone: (212) 509-1616

**Ezell Construction, Inc., Defendant**

BY: */s/ James A. Martinkus*
　James A. Martinkus
　Erwin, Martinkus & Cole, Ltd.
　411 West University Avenue
　P.O. Box 1098
　Champaign, IL 61824-1098
　Phone: (217) 351-4040

**Champaign Asphalt Company, LLC d/b/a Illiana Construction and Open Road Paving Company, LLC, Defendants**

BY: */s/ Samantha M. Rollins*
　Cheryl D. Orr
　Four Embarcadero Center, 27th Floor
　San Francisco, CA 94111
　Telephone: (415) 591-7500
　Facsimile: (415) 591-7510
　cheryl.orr@faegredrinker.com

　Samantha M. Rollins
　2200 Wells Fargo Center

90 S. Seventh St.
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
samantha.rollins@faegredrinker.com

Alexander E. Preller, IL Bar #6322762
320 S. Canal St., Ste. 3300
Chicago, Illinois 60606
Telephone: (312) 212-6500
Facsimile: (312) 212-6501
alex.preller@faegredrinker.com

# CERTIFICATE OF SERVICE

The undersigned attorney hereby states that on April 11, 2023, she filed the foregoing document using the CM/ECF Filing System, which will send an email notification to the attorneys listed below.

David L. Lee
**LAW OFFICES OF DAVID L. LEE**
542 S. Dearborn St., #660
Chicago, IL 60605
Telephone: 312-952-1321
Email: d-lee@davidleelaw.com
*Counsel for the Plaintiff and the Putative Class*

Bruce E. Menken
**MENKEN SIMPSON & ROZGER LLP**
80 Pine St., 33rd Floor
New York, NY 10005
Telephone: 212-509-1616
Email: bmenken@nyemployeelaw.com
*Counsel for the Plaintiff and the Putative Class*

James A. Martinkus
**ERWIN, MARTINKUS, & COLE, LTD.**
411 West University Avenue
P.O. Box 1098
Champaign IL 61824-1098
Telephone: 217-351-4040
Email: jim.martinkus@erwinlaw.com
*Counsel for Defendant Ezell Construction, Inc.*

s/ *Samantha M. Rollins*
Samantha M. Rollins
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402